118

[RICKS Estate]

Administracion to the Estate of Elisha Ricks Late of Boston deceased is granted to John Ricks his Brother on behalfe of himselfe & others concerned hee bringing in an Inventory of s$^d$ Estate & giue Security to Administer according to Law, this thus done as Attests. Free Grace Bendall Cler.

Present.   Jo$^n$ LEVERETT Esq$^r$ Dep$^t$ Gov$^r$     EDW. TING Esq$^r$

[COOPER Estate]

Administracion to the Estate of Francis Cooper Late widdow Gold of Boston deceased is granted to Doctor Daniell Stone and Matthew Bernard, they [53] Bringing in an Inventory of s$^d$ Estate & giue Security to Administer According to Law. This was thus done y$^e$ 14th 3$^{mo}$ 1672. As Attests Free Grace Bendall Cler.